**Order entered October 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00566-CV

### JOHN GARDNER, Appellant

### V.

### MELISSA PATT GARDNER, Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-25055**

## ORDER

The reporter's record in this appeal is past due. By postcard dated June 21, 2018, we notified Donna Kindle, Official Court Reporter for the 303rd Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. By order dated August 1, 2018, we again notified Ms. Kindle the reporter's record was overdue and ordered her to, within fifteen days, file either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant had not paid for or made arrangements to pay for the reporter's record. To date, Ms. Kindle has failed to comply with the Court's order.

Accordingly, we **ORDER** Donna Kindle to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3)

written verification that appellant has not paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification he has not requested the reporter's record or paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record.* *See* Tex. R. App. P. 37.3(c).

We expressly **CAUTION** Ms. Kindle that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Kindle comply with the Court's orders, including an order that she not sit as a court reporter until she does comply.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Denise Garcia
Presiding Judge
303rd Judicial District Court

Donna Kindle
Official Court Reporter
303rd Judicial District Court

All parties

/s/  CAROLYN WRIGHT
   CHIEF JUSTICE